980 So.2d 711 (2008)
Terrell PARFAIT
v.
TRANSOCEAN OFFSHORE, INC., and Shell Oil Products Co.
No. 2008-C-0678.
Supreme Court of Louisiana.
May 16, 2008.
In re Transocean Offshore Ventures Inc.; Transocean Offshore USA Inc.;  Defendants); Applying for Writ of Certiorari and/or Review, Parish of Orleans, Civil District Court Div. G, No. 99-13098; to the Court of Appeal, Fourth Circuit, No(s). 2004-CA-1271, 2005-CA-0174.
Denied.
TRAYLOR, J., recused.
VICTORY, J., would grant.